UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LELAND FOSTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00517-CCB-SLC |
| ) | |
| W2005/FARGO HOTELS (POOL C) ) | |
| REALTY, L.P. a Delaware limited partnership ) | |
| ) | |
| Defendant. ) | |

### JOINT NOTICE OF SETTLEMENT

Plaintiff, Leland Foster, and Defendant, W2005/Fargo Hotels (Pool C) Realty, L.P., a Delaware limited partnership (collectively, the "Parties"), both by counsel, state:

1. The Parties have reached an agreement to settle the above-captioned matter.

2. The Parties are in the process of exchanging documents and expect to finalize the settlement agreement within the next thirty (30) days.

3. The Parties will file a *Joint Stipulation of Dismissal* upon the execution of the agreed-upon settlement agreement.

THE LAW OFFICES OF OWEN DUNN JR.

By: */s/ Owen B. Dunn, Jr.(w/permission)*
OWEN B. DUNN, JR., #0074743
*Counsel for Plaintiff*

LEWIS WAGNER, LLP

By: */s/ Thomas T. Palmer*
BARATH S. RAMAN, #32116-49
THOMAS T. PALMER, #36396-53
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      On March 10, 2025 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Owen B. Dunn, Jr.
LAW OFFICES OF OWEN DUNN, JR.
The Offices of Unit C
6800 W. Central Avenue
Suite C-1
Toledo, Ohio 43617
dunnlawoffice@sbcglobal.net

                                        */s/ Thomas T. Palmer*
                                        THOMAS T. PALMER

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone:    317-237-0500
braman@lewiswagner.com
tpalmer@lewiswagner.com