UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LELAND FOSTER, | |
| Plaintiff, | |
| v. | Case No. 1:23-CV-517-CCB-SLC |
| W2005/FARGO HOTELS (POOL C) REALTY, L.P., | |
| Defendant. | |

## ORDER

Pursuant to the Stipulation to Dismiss (ECF 31) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close this case.

SO ORDERED on March 31, 2025.

                                                      /s/*Cristal C. Brisco*
                                                      CRISTAL C. BRISCO, JUDGE
                                                      UNITED STATES DISTRICT COURT